| | | | |
|---|---|---|---|
| | AUSA: Susan Fairchild | Telephone: (313) 226-9577 | |
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: Monica Alaez | Telephone: (313) 394-5447 | |

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America
v.

Franklin Yonathan MEJIA HERNANDEZ
a/k/a Franklin Yonathan MEJIA HERNANDES

Case No.  25-30025

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 19, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a), (b)(1) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about January 19, 2025, in the Eastern District of Michigan, Southern Division, Franklin Yonathan MEJIA HERNANDEZ an alien from Honduras, who had previously been convicted of a felony offense and was subsequently excluded, deported, and removed from the United States on or about August 27, 2021 at or near Alexandria, Louisiana , was found in the United States not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), (b)(1).

☑ Continued on the attached sheet.

_____
Complainant's signature

Monica Alaez, Deportation Officer
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __January 29, 2025__

_____
Judge's signature

City and state: __Detroit, MI__

Kimberly Altman, United States Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Monica Alaez, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) of the United States Department of Homeland Security (DHS) at the Detroit Field Office. I have been employed in this capacity since March 2009. I am currently assigned to the Detroit ICE-ERO Criminal Apprehension Program.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and an arrest warrant for Franklin Yonathan MEJIA HERNANDEZ, a/k/a Franklin Yonathan MEJIA HERNANDES, a native and citizen of Honduras who has previously removed from the United States on or about August 27, 2021, via Alexandria ,Louisiana, and was thereafter found in the United States on or about January 21, 2025, without having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission, all in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

3. The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel to include ICE ERO Deportation Officers, and database record checks. I have also reviewed records from the official immigration file and system automated data relating to MEJIA HERNANDEZ. I have not included every fact known to law enforcement related to this investigation.

4. MEJIA HERNANDEZ is a thirty-seven-year-old citizen and a native of Honduras who last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

5. On June 9, 2004, United States Border Patrol arrested MEJIA HERNANDEZ in Laredo, Texas and served him with a Notice to Appear.

1

6. On November 18, 2004, the Immigration Judge in San Antonio, Texas ordered MEJIA HERNANDEZ removed in absentia.

7. On April 17, 2008, US Border Patrol arrested MEJIA HERNANDEZ at or near Detroit, Michigan.

8. On May 8, 2008, ICE deported MEJIA HERNANDEZ from the United States to Honduras via Alexandria, Louisiana.

9. On March 19, 2010, the 3rd Circuit Court in Detroit, Michigan convicted MEJIA HERNANDEZ under the alias name of Frankie HERNANDEZ for weapons- carrying concealed (attempt), and sentenced him to one-year probation.

10. On March 23, 2010, Immigration Customs Enforcement (ICE) ERO Detroit, Michigan arrested MEJIA HERNANDEZ and served him with a Form I-871, Notice of Intent / Decision to Reinstate Prior Order.

11. On April 9, 2010, ICE deported MEJIA HERNANDEZ from the United States to Honduras via Alexandria, Louisiana.

12. On August 14, 2013, ICE ERO Detroit arrested MEJIA HERNANDEZ and served him with a Form I-871, Notice of Intent / Decision to Reinstate Prior Order.

13. On January 13, 2013, the United States District Court for Eastern District of Michigan convicted MEJIA HERNANDEZ of unlawful re-entry after removal in violation of 8 USC §1326(b)(1), a felony, and sentenced him to 6 months' incarceration.

14. On February 28, 2014, ICE deported MEJIA HERNANDEZ from the United States to Honduras via Alexandria, Louisiana.

15. On May 4, 2014, U.S. Border Patrol arrested MEJIA HERNANDEZ at or near McAllen, Texas. On May 8, 2014, US Border Patrol in Deming, New Mexico served him with a Form I-871, Notice of Intent / Decision to Reinstate Prior Order.

16. On June 26, 2014, ICE deported MEJIA HERNANDEZ from the United States to Honduras via Mesa, Arizona.

17. On March 17, 2015, U.S. Border Patrol arrested MEJIA HERNANDEZ at or near Ajo, Texas. On March 18, 2015, US Border Patrol served him with a I-860 Notice and Order of Expedited Removal

18. On March 18, 2015, the United States District Court in Arizona, Tucson Division convicted MEJIA HERNANDEZ of illegal entry in violation of 8 USC §1325 and sentenced him to 180 days' incarceration.

19. On October 14, 2015, ICE deported MEJIA HERNANDEZ from the United States to Honduras via Mesa, Arizona.

20. On March 8, 2016, U.S. Border Patrol arrested MEJIA HERNANDEZ at or near Ajo, Texas. On May 9, 2016, US Border Patrol served him with Form I-871, Notice of Intent / Decision to Reinstate Prior Order.

21. On September 15, 2016, the United States District Court, Arizona District convicted MEJIA HERNANDEZ of re-entry, in violation of 8 USC § 1326 and sentenced him to 10 months incarceration and 3 years supervised release.

22. On January 18, 2017, ICE deported MEJIA HERNANDEZ from the United States to Honduras via Mesa, Arizona.

23. On October 5, 2018, U.S. Border Patrol arrested MEJIA HERNANDEZ at or near Uvalde, Texas and served him with Form I-871, Notice of Intent / Decision.

24. On March 10, 2021, the United States District Court, Western District of Texas convicted MEJIA HERNANDEZ of violating the terms of his supervised release and sentenced him to 8 months' incarceration.

25. On March 10, 2021, the United States District Court, Western District of Texas convicted MEJIA HERNANDEZ of illegal re-entry, in violation of 8 USC §1326 and sentenced him to 30 months' incarceration.

26. On August 27, 2021, ICE deported MEJIA HERNANDEZ from the United States to Honduras via Alexandria, Louisiana.

3

27. On January 19, 2025, Dearborn Police Department in Michigan arrested MEJIA HERNANDEZ for driving without a license and false identification.

28. On January 21, 2025, ICE ERO arrested MEJIA HERNANDEZ at the Dearborn Police Department, Michigan after he was released from custody and transported him to the ICE ERO Detroit Field Office for processing.

29. The arrest and subsequent detention of MEJIA HERNANDEZ was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

30. MEJIA HERNANDEZ's fingerprints and photograph were captured and searched in the ICE/FBI systems. The fingerprints returned with a positive match for Franklin Yonathan MEJIA HERNANDES, a native and citizen of Honduras who had previously been removed from the United States.

31. Review of records from the alien file (A#xxx xxx 621) for MEJIA HERNANDEZ and queries in the U.S. Department of Homeland Security databases confirm that no records exist of MEJIA HERNANDEZ obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on August 27, 2021.

32. On January 21, 2025, ICE-ERO served MEJIA HERNANDEZ with Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

33. Based on the above information, I believe there is probable cause to conclude that Franklin Yonathan MEJIA HERNANDEZ, a/k/a Franklin Yonathan MEJIA HERNANDES, is native and citizen of Honduras who has previously been convicted of a felony offense and subsequently removed from the United States on or about August 27, 2021, at or near Alexandria, Louisiana, and was thereafter found in the United States on or about January 19, 2025, in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of

Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Sections 1326(a), (b)(1).

_____
Monica Alaez, Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me in my presence and/or by reliable electronic means.

_____
Honorable Kimberly Altman
United States Magistrate Judge

Dated: January 29, 2025

5